**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 7, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00068-CV

### IN THE INTEREST OF T.R.M., T.D.M., CHILDREN, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-64044**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree terminating the parental rights of appellant T.D.M. with respect to his children, T.R.M. and T.D.M. On February 4, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant